IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MICHELE MARINARI, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-19066 (JKF) |
| ROBERT MURPHY, ESQUIRE, <br><br> Plaintiff, <br><br> v. <br><br> MICHELE MARINARI, <br><br> Defendant. | Adv. No. 15-00124 (JKF) |

## ORDER

**AND NOW**, this Court held a hearing on January 27, 2016 (the "Hearing Date"), to address Plaintiff, Robert Murphy's, Motion for Sanctions to Compel Michele Marinari, Defendant, to File Full and Complete Answers to Robert Murphy's Supplemental Interrogatories and Request for Production of Documents and Produce All the Requested Documents Pursuant to Fed.R.Civ. P. 26, 33, 34 and Applicable Law and Rules (D.I. 41) (the "Motion for Sanction") and the Answer to Motion for Sanctions (D.I. 43) (the "Answer to Motion for Sanctions") filed by Defendant, Michele Marinari;

**AND**, upon consideration of the Parties' arguments at the hearing and the Motion for Sanction and Answer to Motion for Sanctions, it was hereby **ORDERED and DIRECTED** that:

1) Defendant, Michele Marinari's, counsel turn over the General Release of All Claims between Marinari and Frank Williams Esquire and O'Donnell, Hagner & Williams, P.C. dated March 21, 2013, to Plaintiff, Robert Murphy in open court on January 27, 2016.

2) Within thirty (30) days of the date of this Order, unless directed otherwise, the

following entities:

    a. Morris & Clemm, PC;
       Plymouth Woods Office Center
       527 Plymouth Road, Suite 416
       Plymouth Meeting, PA 19462-1641

    b. Robert Morris, Esquire;
       Plymouth Woods Office Center
       527 Plymouth Road, Suite 416
       Plymouth Meeting, PA 19462-1641

    c. Mark C. Clemm, Esquire;
       Plymouth Woods Office Center
       527 Plymouth Road, Suite 416
       Plymouth Meeting, PA 19462-1641

    d. O'Donnell Hagner & Williams, PC;
       211 W. Lancaster Avenue
       Paoli, PA 19301

    e. Frank Williams, Esquire;
       211 W. Lancaster Avenue
       Paoli, PA 19301

    f. William R. Hagner, Esquire;
       211 W. Lancaster Avenue
       Paoli, PA 19301

    g. William J.C. O'Donnell, Esquire;
       211 W. Lancaster Avenue
       Paoli, PA 19301

    h. Custodian of Records of Westport Insurance Company;
       5200 Metcaff Avenue
       Overland Park, KS 66202

    i. The Wax Shop;
       226 E. Lancaster Avenue
       Wayne, PA 19007

    j. Dents and Details, Inc.;
       226 E. Lancaster Avenue
       Wayne, PA 19087

    k.  Commonwealth of Pennsylvania Department of Revenue;
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17128-0946

    l.  Commonwealth of Pennsylvania Corporation Bureau;
401 North Street, Room 206
Harrisburg, PA 17120

    m.  Commonwealth of Pennsylvania Department of State;
401 North Street, Room 206
Harrisburg, PA 17120

    n.  Jeffrey P. Lewis, Esquire;
Eckert Seamans Cherin & Mellott, PC
2 Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102

    o.  Joshua L. Kirsch, Esquire;
Eckert Seamans Cherin & Mellott, PC
2 Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102

    p.  Eckert, Seamans Cherin & Mellott, LLC; and
2 Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102

    q.  Robert Bond.
1155 Marlkress Road
Cherry Hill, NJ 08003

are to produce to the Parties any and all records, tax returns, filings, accounts, payments, distributions, emails, electronic records, faxes and correspondence in their possession that are related or associated in any manner to the following entities or actions:

    i.   The Wax Shop;

    ii.  Dents and Details, Inc.;

    iii. *Michele Marinari a/k/a Frank v. Frank Williams, et al.*, Delaware County Court

      of Common Pleas 09-05606;

   iv.   *Goodman v. Michele Frank, et al.*, Delaware County Court of Common Pleas 04-07873;

   v.   *Robert Murphy v. Everitt Frank & Michele Frank d/b/a Dents & Details/The Wax Shop*, Delaware County Court of Common Pleas 04-14217; and

   vi.   *Robert Murphy v. Michele Frank, et al.*, Delaware County 13-10207.

3)    Plaintiff, Robert Murphy is to serve a copy of this Order and certify same within three (3) business days of its entry.

4)    This Order is entered without prejudice to any of the entities or individuals set forth in paragraph 2 above.

BY THE COURT

Date: March 9, 2016

Honorable Jean K. FitzSimon
United States Bankruptcy Judge