# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13

Michele Marinari

         DEBTOR               :     BKY. NO.  14-19066JKF13

## ORDER

AND NOW, this        day of           , 2017, upon consideration of Debtor's Motion to Voluntarily Dismiss Chapter 13, any briefs and after oral argument on May 10, 2017,

It is ORDERED that the Motion of Debtor to Dismiss under 11 U.S.C. 1307(b) is GRANTED.  The Chapter 13 case is dismissed with the following consideration,

If Debtor re-files a bankruptcy under any chapter, in any jurisdiction and creditor Robert Murphy elects to proceed with a non-dischargebility action, said adversary action will proceed based upon the joint pre-trial statement that was submitted in the previous adversary action; Murphy vs. Marinari 15-00124JFK.

BY THE COURT:

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge

Dated: _____

cc:    Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102